NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON, | No. C 11-01437 JF (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE PRISONER TRUST ACCOUNT STATEMENT |
| v. | |
| N. NONSTEEL, et al., | |
| Defendants. | |

On March 24, 2011, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis. (Docket No. 2.) On the same day, the clerk sent Plaintiff a notice stating that the application was insufficient because Plaintiff failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Id. at 3.) On April 27, 2011, Plaintiff filed another motion for leave to proceed in forma pauperis which is also deficient for the same reason. (Docket No. 5.) In the interest of justice, the Court will grant an extension of time to file the missing prisoner trust account statement to complete his in forma pauperis application.

Plaintiff shall submit his prisoner trust account statement showing transactions for the last six months **within thirty (30) days** of the date this order is filed. **Failure to file**

1 **the necessary document will result in the denial of the application to proceed <u>in</u>**

2 **<u>forma</u> <u>pauperis</u>, and the complete filing fee will be immediately due.**

3      IT IS SO ORDERED.

4 DATED: 5/6/11

                                          JEREMY FOGEL
5                                         United States District Judge

Order Granting Ext. Of TIme
P:\PRO-SE\SJ.JF\CR.11\01437Robertson_eot-ifp.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD ROBERTSON,

        Plaintiff,

  v.

N. NONSTEEL, et al.,

        Defendants.
                                   /

Case Number: CV11-01437 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/23/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Robertson APM873
North County Jail
550 Sixth Street
Oakland, CA 94607

Dated: 5/23/11

                                                Richard W. Wieking, Clerk