NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>N. BONSTEEL, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-01437 JF (PR)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br><br><br><br>(Docket No. 20) |

   Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for appointment of counsel. (Docket No. 20.) Plaintiff's motion is DENIED without prejudice for lack of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).

   This order terminates Docket No. 20.

   IT IS SO ORDERED.

Dated: _____

JEREMY FOGEL
United States District Judge

Order Denying Motion for Appointment of Counsel
P:\PRO-SE\SJ.JF\HC.11\01437Robertson_atty.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>N BONSTEEL et al,<br><br>    Defendant._____/ | Case Number: CV11-01437 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Robertson APM873
5325 Broder Blvd.
Dublin, CA 94568

Dated: September 20, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk