S.D. Narayan, Esq. (SBN 130964)
Shiva Tavakoli, Esq. (SBN 184264)
THE NARAYAN LAW FIRM
24301 Southland Drive, Suite 613
Hayward, California 94545
Telephone: (510) 839-5350
Facsimile: (650) 403-0157

Attorneys for Defendant
Deputy N. Bonsteel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>N. BONSTEEL,<br><br>    Defendant, | Case No. 11-CV-01437-CW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF AN EXTENSION TO FILE ITS MOTION FOR SUMMARY JUDGMENT<br><br>Courtroom: 2, 4th Floor<br>Judge: Honorable Claudia Wilken |

Pursuant to the Court's Order from November 7, 2011 and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's motion for an extension to file its motion for summary judgment is GRANTED. The deadline to file the motion for summary judgment is hereby extended an additional 90 days, and the other filing deadlines pursuant to the November 7, 2011 order remain in place and are adjusted accordingly.

IT IS SO ORDERED.

Dated: ____12/23/2011_____      _____
                                  HONORABLE CLAUDIA WILKEN
                                  UNITED STATES DISTRICT COURT JUDGE