IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>N. BONSTEEL,<br><br>    Defendant._____/ | No. C 11-01437 CW (PR)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(Docket nos. 36, 46, 47, 54) |

    Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging interference with his right to send legal mail when he was incarcerated at the Glen Dyer Correctional Facility in Oakland. On November 7, 2011, the Court ordered Plaintiff's first amended complaint served on Defendant N. Bonsteel.[1] On March 29, 2012, the parties filed a stipulation dismissing Plaintiff's claims against Bonsteel with prejudice. Docket no. 55.

    Good cause appearing, all claims against Defendant N. Bonsteel are hereby DISMISSED with prejudice.

    All pending motions are hereby DISMISSED as moot.

    The Clerk of the Court shall enter judgment and close the file.

    This Order terminates Docket nos. 36, 46, 47 and 54.

    IT IS SO ORDERED.

DATED: 6/1/2012

                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

---

[1] The Court previously dismissed all claims against the only other named Defendants -- the Alameda County Sheriff's Department and Sheriff Gregory Ahern.