IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD ROBERTSON,

    Plaintiff,

  v.

N. BONSTEEL,

    Defendant.
_____/

No. C 11-01437 CW (PR)

JUDGMENT

Pursuant to the Court's Order of today's date dismissing the instant action, a judgment of DISMISSAL WITH PREJUDICE is hereby entered in favor of Defendant N. Bonsteel.  Each party shall bear his own costs.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 6/1/2012

                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE